UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOSE TOMAS MARTINEZ-ELVIR,<br><br>    Petitioner,<br><br>v.<br><br>SAM OLSON, Field Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, *et al.*,<br><br>    Respondents. | Civil Action No. 3:25-CV-589-CHB<br><br>**ORDER GRANTING JOINT MOTION** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Joint Motion to Forgo Hearing and Propose a Briefing Scheduling, [R. 9]. In their Joint Motion, the parties request the briefing deadlines be extended, and the hearing scheduled for September 17, 2025, be remanded from the Court's calendar. *Id.* at 2. They state that there are two pending habeas petitions in the Western District of Kentucky, *Singh v. Olson et al.,* 4:25-CV-096-RGJ, *Barrera v. Olson et al.,* 3:25-CV-541-RGJ, and those cases involve similar issues of law. *Id.* The parties state in their Joint Motion that there do not seem to be relevant factual disputes in this case. *Id.*

Therefore, having reviewed the Joint Motion, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Forgo Hearing and Propose a Briefing Scheduling, [**R. 9**], is **GRANTED**.

1. The hearing that was set for **Wednesday, September 17, 2025**, is **REMANDED** from the Court's docket.

2. Respondents **SHALL** file their response to the Petition for Writ of Habeas Corpus, [R. 1], **by no later than Friday, September 19, 2025.**

3. Petitioner **SHALL** file his reply **by no later than Friday, September 26, 2025**.

    4.  The Court **DIRECTS** the Petitioner not be transferred out of the Western District of Kentucky pending the outcome of this case.

    This the 15th day of September, 2025.



cc:   Counsel of Record