UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOSE TOMAS MARTINEZ-ELVIR, | ) |
| Petitioner, | ) Civil Action No. 3:25-CV-589-CHB |
| v. | ) |
| | ) **ORDER TERMINATING CASE** |
| SAM OLSON, Field Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, *et al.*, | ) |
| Respondents. | ) |

*** *** *** ***

Presently before the Court is Respondents' Notice of Release from Custody, [R. 19], certifying that "Petitioner was released from custody on October 30, 2025," as required by this Court's Memorandum Opinion and Order, [R. 17]. [R. 19, p. 1]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 31st day of October, 2025.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:　Counsel of Record